IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

        Plaintiff,

vs.                                                  12-cv-00394 KBM/ACT

OFFICER DANIEL BACA, OFFICER JENNIFER
JARA, OFFICER LEAH KELLY AND OFFICER
JACOB WELCH, individually and in their official capacities
as police officers for the ALBUQUERQUE POLICE
DEPARTMENT,

        Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE THE JOINT STATUS REPORT AND FOR PARTIES TO EXCHANGE INITIAL
DISCLOSURES**

        Plaintiff moves for an order granting an extension of time until September 5, 2012, to file the Joint Status Report and exchange Initial Disclosures. As grounds in support of this motion, Plaintiff states:

1. Plaintiff's counsel is in discussions with other counsel regarding a substitution and withdrawal, and needs more time.

2. There is a Scheduling Conference set for August 29, 2012, at 1:30 p.m., which should also be rescheduled.

3. There are no other deadlines and no trial setting exists.

5. Counsel for Defendants does not oppose this motion.

        WHEREFORE, Plaintiff requests until September 5, 2012, to file the Joint Status Report and exchange initial disclosures, with a Scheduling Conference set thereafter.

                                              LAW OFFICE OF BRAD D. HALL

                                              *Electronically filed 08/21/12*
                                              Brad D. Hall

>320 Gold Ave SW, #1218
>Albuquerque, N.M.  87102
>(505) 255-6300, Fax: 255-6323
>
>*Attorney for Plaintiff*

Counsel certifies the foregoing was placed into the court's electronic filing system on this 21st day of August, 2012, for distribution to counsel.