IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

v.                                         CIV 12-394 KBM-ACT

DANIEL BACA et al,

    Defendants.

## CERTIFICATE OF SERVICE

Defendants Daniel Baca, Jacob Welch, Jennifer Jara and Leah Kelly (hereinafter "Defendants"), by and through Assistant City Attorney Stephanie M. Griffin, hereby state that Defendants mailed Defendants' Initial Disclosures on August 21, 2012 to the parties in c/o of counsel of record as follows:

*Attorneys for Plaintiff*:      Brad D. Hall
    Law Office of Brad D. Hall
    320 Gold Ave SW # 1218
    Albuquerque, NM  87102
    (505) 255-6300; Fax 255-6323


    Respectfully submitted,

    CITY OF ALBUQUERQUE
    David J. Tourek, City Attorney


    /s/ Stephanie M. Griffin
    Assistant City Attorney
    P. O. Box 2248
    Albuquerque, New Mexico 87l03
    (505) 768-4500

    Attorney for City Defendants

I hereby certify that the foregoing was sent via Notice of Electronic Filing to:

>Brad D. Hall
>Law Office of Brad D. Hall
>320 Gold Ave SW # 1218
>Albuquerque, NM  87102
>(505) 255-6300; Fax 255-6323
>
>*Attorneys for Plaintiffs*

on this  21st day of August, 2012.

/s/ Stephanie M. Griffin, Assistant City Attorney