

# IN THE MATTER OF:
## ALFONSO HERNANDEZ v. DANIEL BACA, ET AL.

## ALFONSO HERNANDEZ

### February 20, 2013

Phone: 505-243-5691
Fax: 505-242-0313
Email: info@kendrareporting.com
Internet: www.kendrareporting.com


EXHIBIT A

**Page 89**

1  A. The 4th Street Mall.
2  Q. You consider that to be a park?
3  A. Yes.
4  Q. Why is that?
5  A. There's trees, there's benches, there were
6  flowers.
7  Q. Is there grass anywhere?
8  A. No.
9  Q. Are there also private businesses there?
10  A. Yes, surrounding it.
11  Q. So we were talking about Officers Kelly
12  and Jara, they had returned to the 4th Street Mall
13  area after you said that they pedaled off; is that
14  correct?
15  A. I said that they pedaled southbound.
16  Q. I'm sorry, okay. And then did you see
17  them again?
18  A. Yes.
19  Q. Where were you when you saw them again?
20  A. I was going around the same area, which I
21  called a park, all over picking up trash.
22  Q. So you were picking up trash, and you saw
23  them. What were they doing?
24  A. They were interfering with food
25  distribution.

**Page 90**

1  Q. In what way?
2  A. They were harassing, questioning,
3  interrogating my friend Mike Herrick and his wife
4  and his two -- two of his children.
5  Q. What were they doing specifically to
6  harass him?
7  A. For one, they would not allow him to serve
8  food. They interrupted the whole process. They
9  were asking him questions, I imagine.
10  Q. Did they physically restrain him from
11  serving any food?
12  A. Eventually, yes.
13  Q. When you say "eventually, yes," what do
14  you mean?
15  A. Well, after they put him in the handcuffs.
16  Q. But did they have discussions with him, or
17  were they -- when you say that they were interfering
18  with the process, did they block his way? Did they
19  physically do anything to him to prohibit him
20  from --
21  A. Yes.
22  Q. -- distributing the food? Like what?
23  What did they do?
24  A. Just their presence and not allowing
25  anybody to come and serve food.

**Page 91**

1  Q. Was Mr. Herrick serving the food at that
2  moment?
3  A. Yes, he was, with his children and his
4  wife.
5  Q. So he was serving when they first came up
6  to him?
7  A. Yes.
8  Q. Did they ask him any questions that you
9  could hear? "They" being Jara and Kelly.
10  A. Let's see. Yeah, they were asking him
11  questions. Yeah, they were asking him questions.
12  Q. Do you recall what they were asking him?
13  A. If he had a permit, for his name.
14  Q. Because you had described that they were
15  interrogating him, so do you recall any other
16  questions they were asking him besides for the
17  permit and the name?
18  A. Well, they kept on repeating it.
19  Q. Repeating what?
20  A. His name or -- or if he had a permit.
21  Q. So they kept asking the same question
22  over?
23  A. Well, several times, as I recall.
24  Q. Like for his name and for the permit?
25  A. Yes. There was one time I remember --

**Page 92**

1  well, there was a point where somebody, a homeless
2  man, since they have blocked their right of way, but
3  a homeless man still went in front of the police and
4  asked for some eggs, which Michael handed to him,
5  and Officer Jara blurted out to the people to -- to
6  give them some time to talk to them.
7  Q. She did what? I'm sorry.
8  A. She told the homeless people to stay back.
9  Q. Oh, I see.
10  A. And give them time to talk to him.
11  Q. Okay. And did they comply, as far as what
12  you could see?
13  A. The homeless folks?
14  Q. Yeah.
15  A. Yes.
16  Q. Did they give you any directives at that
17  point?
18  A. No.
19  Q. At any time while they were speaking with
20  Mr. Herrick and his wife, did they say anything to
21  you during that process?
22  A. No.
23  Q. What were you doing when they were talking
24  to Mr. Herrick and his wife?
25  A. I was picking up trash.