ALBUQUERQUE GIS DATA WEBSITE - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://gis.cabq.gov/website/general/viewer.htm?ActiveLayer=-1&Layers=0000000000000000000000000001
Most Visited Getting Started Latest Headlines Customize Links Free Hotmail Windows Marketplace Windows Media Windows
ALBUQUERQUE GIS DATA WEBSITE
CITY OF ALBUQUERQUE
ALBUQUERQUE GIS DATA WEBSITE
5TH
CROSSROADS PED MALL PARK
4TH
100
COPPER
5/SUBSURFACE TRACT
3RD
CENTRAL
LAYERS
STREETS
BASEMAP
PARCELS
LOT NUMBERS
METRO ADDRESS
ZONING
OWNERSHIP
2FT CONTOUR
ADDRESS POINTS
LANDUSE
EASEMENTS
INFRASTRUCTURE
TRANSIT/SUNTRAN
BOUNDARIES
SITES
ENVIRONMENT
APS
TRAFFIC ENG.
AIR PHOTO
2010 AIR PHOTO
Refresh Map
Auto Refresh
Help:
Closed group, click to open.
Open group, click to close.
Map layer.
Zoom Out
SEARCH
REFRESH
HELP
MAIN PAGE
CONTACT GIS TEAM
Done