IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

      Plaintiff,

vs.                                                     CIV 12-0394 KBM/ACT

OFFICER DANIEL BACA,
OFFICER JENNIFER JARA,
OFFICER LEAH KELLY and
OFFICER JACOB WELCH,
*In their official capacities as
Police Officers for the
Albuquerque Police Department,*

      Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

      IT IS HEREBY ORDERED that a status conference will be held by telephone on Thursday, June 6, 2013 at 1:30 p.m.   Counsel shall be prepared to discuss scheduling of the pretrial conference and trial in this matter.   Counsel shall call my conference line at 505-348-2353 to be joined to the proceedings.

                                                           _____
                                                           Karen B. Molzen
                                                           U.S. Chief Magistrate Judge