**CLERK'S MINUTES REGARDING**
**RULE 16 SETTLEMENT CONFERENCE**

**NAME OF CASE:**     *Hernandez v. Baca, et al.*

**USDC NO.**  12cv394 KBM/ACT                                    **X**   **JURY**   _____**NON-JUR**Y

A Rule 16 Settlement Conference was held beginning at 9:30 a.m. on August 6, 2013, before Magistrate Judge Alan C. Torgerson.

**APPEARANCES:**

**For Plaintiffs:**
   Albert Hutchinson
   Anna Martinez

**With Client:**
   Alfonso Hernandez

**For Defendants:**
   Stephanie Griffin

**With Clients:**
   Peter Ennen, COA Risk Manager

**RESULTS OF SETTLEMENT CONFERENCE:**

   Case settled.

_____
**ALAN C. TORGERSON**
United States Magistrate Judge